

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00226-CV

**IN RE** Kevin Lee **GONZALES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed:  April 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 3, 2014, relator Kevin Lee Gonzales filed a petition for writ of mandamus complaining of the trial court's order transferring the underlying divorce proceeding to Louisiana. Relator also filed a motion for emergency temporary relief pending a ruling on the mandamus petition asking this court to stay the proceedings below and to halt the transfer ordered by the trial court on March 19, 2014.

The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.3(e), 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Based upon the record provided, this

---

[1] This proceeding arises out of Cause No. 2011-CI-13231, styled *In the Matter of the Marriage of Sandra Marie Gonzales and Kevin Lee Gonzales and In the Interest of A.M.R.G. and N.G.L.G., Children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

court is unable to determine its jurisdiction to consider the mandamus petition and relator's right to relief. *See* TEX. FAM. CODE ANN. § 155.204(g) (West 2014) (requiring proceeding to be transferred not later than the 21st day after the hearing in which the trial court determines that grounds for transfer exist); 155.005(b) (West 2014) (providing that jurisdiction of the transferring court terminates upon docketing of the case in the receiving court).

Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM